Glenn O. Rau, appellee, v. Farmers Grain Company at Chestnut, Illinois, appellant. Gen. No. 8,835.

Opinion filed June 15, 1934.

Covey & Woods, for appellant. John R. Fitzgerald and Harold F. Trapp, for appellee.

Mr. Justice Davis delivered the opinion of the court.